T. James **ANDERSON**, Jr., Plaintiff–Appellant,

v.

**ERIE INSURANCE COMPANY; Robert Van Schaik; Union Baptist Church, Incorporated; Elizabeth Watson, Adjuster,** Defendants–Appellees.

No. 01–1446.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

T. James Anderson, Jr., pro se. Charles Elliott Wilson, Jr., McCarthy, Wilson & Ethridge, Rockville, MD, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

T. James Anderson, Jr., appeals the district court's order dismissing without prejudice his civil rights action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Anderson v. Erie Insurance Co.*, No. CA-00-3442-AMD (D.Md. Feb. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*